# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 11-158 consolidated with 11-157

## STATE OF LOUISIANA

## VERSUS

## JOHNNY MANUEL POLANCO

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NOS. 133507 & 133504
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## ULYSSES GENE THIBODEAUX
## CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

**James Edward Beal**
**Louisiana Appellate Project**
**P. O. Box 307**
**Jonesboro, LA 71251-0307**
**Telephone:  (318) 259-2391**
**COUNSEL FOR:**
    **Defendant/Appellant - Johnny Manuel Polanco**

**Cecil R. Sanner**
**District Attorney - Thirty-Eighth Judicial District Court**
**P. O. Box 280**
**Cameron, LA 70681**
**Telephone:  (337) 775-5713**
**COUNSEL FOR:**
    **Plaintiff/Appellee - State of Louisiana**

**Winfred Thomas Barrett, III**
**3401 Ryan Street - Suite 307**
**Lake Charles, LA 70605**
**Telephone:  (337) 474-7311**
**COUNSEL FOR:**
      **Plaintiff/Appellee - State of Louisiana**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *State of Louisiana v. Johnny Manuel Polanco*, 11-157 (La.App. 3 Cir. __/__/11), __So.3d__, the judgment of the trial court is affirmed.

**AFFIRMED.**